**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00858-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

VIRGIL W. VALDEZ,

     Plaintiff,

v.

[NO DEFENDANT NAMED],

     Defendant.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff has submitted to the court *pro se* a document (ECF No. 1) that consists of a letter to the court indicating he intends to file a lawsuit for damages, a few pages of a complaint form, and copies of state court docket sheets.   Because it appears that Plaintiff intends to file a lawsuit, the instant action has been commenced.   As part of the court's review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that the document is deficient as described in this order.   Plaintiff will be directed to cure the following if he wishes to pursue his claims in this action.   Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   xx      is not submitted
(2)   ___    is missing affidavit
(3)   ___    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___    is missing certificate showing current balance in prison account
(5)   ___    is missing required financial information

(6)     ___     is missing authorization to calculate and disburse filing fee payments
(7)     ___     is missing an original signature
(8)     ___     is not on proper form
(9)     ___     names in caption do not match names in caption of complaint, petition or habeas application
(10)    xx      other: motion is necessary only if filing and administrative fees totaling $400.00 are not paid in advance.

**Complaint, Petition or Application**:
(11)    xx      is not submitted
(12)    ___     is not on proper form
(13)    ___     is missing an original signature by the prisoner
(14)    ___     is missing page nos. ____
(15)    ___     uses et al. instead of listing all parties in caption
(16)    ___     names in caption do not match names in text
(17)    ___     addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)    ___     other: _____.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.   Any papers that Plaintiff files in response to this order must include the civil action number on this order.   It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) and Complaint forms, along with the applicable instructions, at www.cod.uscourts.gov.   It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.   The dismissal shall be without prejudice.

DATED April 15, 2016, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge